UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-CR-00102-GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ON UNITED STATES' REQUEST TO** |
| | ) | **CONTINUE DEFENDANT'S INITIAL** |
| LUCINDA SMITH, | ) | **APPEARANCE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Lucinda Smith, having requested that this Court continue the initial appearance date previously set for April 17, 2014, and reset her initial appearance for May 15, 2014 at 9:00 a.m., to which the government has no objection, and good cause appearing therefor,

IT IS HEREBY ODERED that Defendant Lucinda Smith's April 17, 2014 initial appearance date is continued to **May 15, 2014 at 9:00 a.m.** Defendant Lucinda Smith is ordered to appear on May 15, 2014 at 9:00 a.m. before United States Magistrate Judge Gary S. Austin.  Since this Court has spent considerable time scheduling initials appearance for this defendant only to have them vacated, **no further continuances will be granted.**   A failure to appear by the defendant at the May 15 hearing will result in an immediate arrest warrant being issued.

IT IS FURTHER ORDERED that the United States shall mail a copy of this order to the defendant and file a proof of service with the court.

IT IS SO ORDERED.

Dated:   **April 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE