HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUCINDA JUNE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00102 GSA-1 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; [PROPOSED] ORDER |
| LUCINDA JUNE SMITH, | |
| Defendant. | Date:   January 29, 2015<br>Time:   10:00 a.m.<br>Judge: Hon. Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney, BAYLEIGH J. PETTIGREW, Counsel for Plaintiff, and Assistant Federal Defender, ANDRAS FARKAS, Counsel for Defendant, LUCINDA JUNE SMITH, that the status conference set for January 15, 2015, at 10:00 a.m., may be continued to January 29, 2015, at 10:00 a.m.

The requested continuance is necessary to allow Defendant Lucinda Smith to request leave to attend court from her employer.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 13, 2015 | /s/ *Bayleigh J. Pettigrew*<br>BAYLEIGH J. PETTIGREW<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 13, 2015 | /s/ *Andras Farkas*<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>LUCINDA JUNE SMITH |

**ORDER**

The status conference set for January 15, 2015, at 10:00 a.m., is hereby continued to January 29, 2015, at 10:00 a.m.   Time is ordered excluded during this time period.

IT IS SO ORDERED.

Dated:   **January 14, 2015**             /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE