# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-102-GSA |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| LUCINDA JUNE SMITH, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Unauthorized Excavation, Removal Damage, Alteration or Defacement of Archaeological Resources in violation 16 U.S.C. § 470 ee(a); Depredation of Govt. Property in Violation of 18 U.S.C. § 1361.

**Sentence Date:** January 29, 2015

**Review Hearing Date:** January 21, 2016

**Probation Expires On:** January 29, 2018

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $13,325.04 which Total Amount is made up of a Fine: $  Special Assessment: $ $25 Processing Fee: $ $0 Restitution: $ 13,300.04

☒ Payment schedule of $ 100 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 400 hours

☐ **Other Conditions:**

### COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1500
☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
   Amount:

☒ To date, Defendant has performed 58 hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misc. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☐  The Government agrees to the above-described compliance.

☒  The Government disagrees with the following area(s) of compliance:  Defendant must complete 400 hours community service in three years, averaging 133 hours per year.  Defendant has completed less than half that amount in her first year of probation.

Government Attorney:  /s/*Bayleigh J. Pettigrew*

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 1/21/2016 at 10 am

  ☒  be continued to 6/16/2016 at 10:00 a.m.; or

  ☐  be vacated.

☐  that Defendant's appearance for the review hearing be waived.

DATED:  12/16/2015                           _____ ANDRAS FARKAS _____
                                                                          DEFENDANT'S COUNSEL


# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐  GRANTED.  The Court orders that Choose an item.

☒  DENIED. The hearing set for 1/21/16 remains on calendar and Defendant's attendance is required.  If Defendant completes an additional 75 hours of community service before January 16, 2016, she may request a continuance.

IT IS SO ORDERED.

Dated:  **December 17, 2015**         /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE