IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>LUCINDA JUNE SMITH, 　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant. 　　　　　　)<br>　　　　　　　　　　　　　　　　 ) | Case No.  1:13-cr-0102-GSA<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

　　　　　PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

　　　　　**Convicted of:**　　　Unauthorized Excavation, Removal Damage, Alteration or Defacement of Archaeological Resources in violation 16 U.S.C. § 470 (a); Depredation of Govt. Property in Violation of 18 U.S.C. § 1361.

　　　　　**Sentence Date:**　　　　　January 29, 2015

　　　　　**Review Hearing Date:** January 19, 2017

　　　　　**Probation Expires On:** June 29, 2018

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　　**Obey all federal, state and local laws**; and

☒　　　**Monetary Fines & Penalties in Total Amount of:** $13,325.04 which Total Amount is made up of a
　　　　　Fine: $　　　Special Assessment: $ $25 Processing Fee: $ $0 Restitution: $ 13,300.04

☒　　　Payment schedule of $ 100  per month by the 15th of each month.

☒　　　**Community Service hours Imposed of:**  400 hours

☐　　　**Other Conditions:**

*COMPLIANCE:*

☐　　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

　　　　　**Otherwise:**

☒　　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒　　　To date, Defendant has paid a total of $ 2,500
　　　　　☐ If not paid in full when was last time payment:　　　Date: 12/9/2016
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Amount:  200.00

☒ To date, Defendant has performed 330.25 hours of community service. Defendant continues to perform community service towards completion of her remaining hours. She believes she will be able to complete the required hours well before June 2018, as ordered.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: *Michael Tierney*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 1/19/2017 at 10 am

  ☒ be continued to 1/18/2018 at 10:00 a.m.; or

  ☐ be vacated.

☒ Alternatively, in the event that the review hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED: 1/3/2017                                     *S/ Megan T. Hopkins*
                                                    Counsel for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED in part. The Court orders that the Review Hearing set for January 19, 2017 at 10:00 a.m. be continued to October 5, 2017 at 10:00 a.m. Defendant is ordered to appear and ordered to file a status report 14 days prior the review hearing.

☐ DENIED.

IT IS SO ORDERED.

Dated: **January 9, 2017**                         _____
                                                    UNITED STATES MAGISTRATE JUDGE