1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDREW WONG, CA Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LUCINDA JUNE SMITH
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No.  1:13-cr-00102-SAB
                                 )
12          Plaintiff,           )  REQUEST TO WITHDRAW STIPULATION
                                 )  TO REDUCE RESTITUTION PAYMENT
13  vs.                          )  FILED JUNE 29, 2017;  AND FILE **REVISED**
                                 )  STIPULATION TO REDUCE RESTITUTION
14  LUCINDA JUNE SMITH,          )  PAYMENTS; ORDER; ATTACHMENT
                                 )
15          Defendant.           )
                                 )
16

17       The parties, by and through their respective counsel, Jeffrey Spivak, Assistant U.S.

18  Attorney, and Assistant Federal Defender Andrew Wong, counsel for defendant Lucinda June

19  Smith, hereby jointly move to withdraw the Stipulation to Reduce Restitution Payment;

20  [Proposed] Order filed June 29, 2017, court docket number 30, and file a Revised Stipulation to

21  Reduce Restitution Payments and [Proposed] Order.

22       A conference call was held between the court, the government and counsel for Ms.

23  Smith, wherein it was determined that the Stipulation to Reduce Restitution Payment; [Proposed]

24  Order filed June 29, 2017, court docket number 39, was not necessary.

25       Counsel has been informed by defendant Smith that her financial status has changed.

26  Defendant is unemployed.  Defendant has been receiving Social Security benefits.  Attached is a

27  letter from the Social Security Administration dated July 7, 2017, setting forth defendant's

28  benefits effective July 15, 2017.  Ms. Smith's income was reduced from $3,000.00 per month to

1  approximately $930.00 per month.  Social Security is Ms. Smith's primary source of income.
2  Therefore, due to defendant's decrease in income, defendant cannot afford to pay the $100.00
3  monthly restitution payments imposed by the court on January 29, 2015, as it would be a
4  hardship for her.

5      For the reasons stated above, defendant Smith requests the court reduce her monthly
6  restitution payments from $100.00 to $50.00 per month.

                                      PHILLIP A. TALBERT
                                      United States Attorney

Dated: July 17, 2017                  By: */s/ Jeffrey Spivak*
                                      JEFFREY SPIVAK
                                      Assistant U.S. Attorney

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: July 17, 2017                  By: */s/ Andrew Wong*
                                      ANDREW WONG
                                      Attorney for Defendant
                                      LUCINDA JUNE SMITH

**O R D E R**

    The court hereby grants the parties' joint request to withdraw the Stipulation to Reduce Restitution Payment and grants the Revised Stipulation to Reduce Restitution Payments from $100.00 to $50.00 a month.

IT IS SO ORDERED.

Dated:   **July 20, 2017**

                                        UNITED STATES MAGISTRATE JUDGE