**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00102-SAB |
| ) | |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON** |
| ) | **UNSUPERVISED PROBATION** |
| LUCINDA JUNE SMITH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Unauthorized excavation, in violation of 16 USC § 470ee(a); Depredation of Government Property, in violation of 18 USC § 1361 |
| **Sentence Date:** | January 29, 2015 |
| **Review Hearing Date:** | June 21, 2018 |
| **Probation Expires On:** | June 29, 2018 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Complete 400 hours of community service**

☒ **Financial Obligation:** $13,325.04 ($13,300.04 in restitution, $25 special assessment) to be paid in monthly installments of $100; subsequently reduced to $50 on July 20, 2017.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid a total of $3,899.14
    ☒ If not paid in full when was last time payment:   Date: 5/11/18
                                                          Amount: $50.00

☒ Compliance with Other Conditions of Probation: Ms. Smith has completed 400 hours of community service

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                                       /s/ *Michael Tierney*
                                       Michael Tierney
                                       Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 6/21/2018 at 10:00 a.m.

    ☐ be continued to at 10:00 a.m.; or

    ☒ be vacated.

DATED: 6/6/2018                            /s/ *Andrew Wong*
                                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED. The Court orders that the Review Hearing be vacated.

☐      DENIED.

IT IS SO ORDERED.

Dated: **June 8, 2018**

                                               UNITED STATES MAGISTRATE JUDGE